# Exhibit B

| U.S. Department of Justice | Notice of ICE Intent to Appeal Custody |
| Executive Office for Immigration Review | Redetermination |

Date: 9/19/2025

Alien Number: 246-493-451

Alien Name: Hayam Salah El Gamal

1. Immigration and Customs Enforcement (ICE) has:

   ☒ a. Held the respondent without bond.

   ☐ b. Set the respondent's bond at $ _____ .

2. The Immigration Judge on September 19, 2025
   (Date)

   ☐ a. Authorized the respondent's release.

   ☒ b. Redetermined the ICE bond to $ 15,000 (total for family unit) .

3. Filing this form on September 19, 2025 automatically stays the
   (Date)
   Immigration Judge's custody redetermination decision. See 8 C.F.R. §1003.19(i)(2).

4. The stay shall lapse if ICE does not file a notice of appeal along with appropriate certification within ten business days of the issuance of the order of the Immigration Judge, or upon ICE's withdrawal of this notice, or as set forth in 8 C.F.R. §1003.6(c)(4) and (5).
   See 8 C.F.R. §1003.6(c)(1).

Tracy L. Jent
ICE Counsel

---

I, Tracy L. Jent , served the Notice of ICE Intent to Appeal Custody Redetermination on
   (Name)

Respondent's Counsel, Laura Lichter, via eCAS , on 9/19/2025 .
   (Respondent or Respondent's Representative)           (Date)

*[signature: Tracy L. Jent]*
Signature

EOIR – 1 of 1

Form EOIR-43
Rev. Oct. 2006

**U.S. Department of Justice**
Executive Office for Immigration Review

**Notice of ICE Intent to Appeal Custody Redetermination**

---

Date: 9/19/2025

Alien Number: 246-493-455

Alien Name: █████████████

1. Immigration and Customs Enforcement (ICE) has:

    ☒  a. Held the respondent without bond.

    ☐  b. Set the respondent's bond at $ _____ .

2. The Immigration Judge on  September 19, 2025
   (Date)

    ☐  a. Authorized the respondent's release.

    ☒  b. Redetermined the ICE bond to $ 15,000 (total for family unit) .

3. Filing this form on September 19, 2025 (Date) automatically stays the Immigration Judge's custody redetermination decision. See 8 C.F.R. §1003.19(i)(2).

4. The stay shall lapse if ICE does not file a notice of appeal along with appropriate certification within ten business days of the issuance of the order of the Immigration Judge, or upon ICE's withdrawal of this notice, or as set forth in 8 C.F.R. §1003.6(c)(4) and (5).
   See 8 C.F.R. §1003.6(c)(1).

Tracy L. Jent
ICE Counsel

---

I, Tracy L. Jent (Name) , served the Notice of ICE Intent to Appeal Custody Redetermination on

Respondent's Counsel, Laura Lichter, via eCAS , on 9/19/2025 .
(Respondent or Respondent's Representative)                    (Date)

*[signature: Tracy A. Jent]*
Signature

EOIR – 1 of 1

Form EOIR-43
Rev. Oct. 2006

**U.S. Department of Justice**
Executive Office for Immigration Review

**Notice of ICE Intent to Appeal Custody Redetermination**

Date: 9/19/2025

Alien Number: 246-493-456

Alien Name: █████████████████████

1. Immigration and Customs Enforcement (ICE) has:

   ☒ a. Held the respondent without bond.

   ☐ b. Set the respondent's bond at $ _____ .

2. The Immigration Judge on  September 19, 2025
   (Date)

   ☐ a. Authorized the respondent's release.

   ☒ b. Redetermined the ICE bond to $ 15,000 (total for family unit) .

3. Filing this form on September 19, 2025 automatically stays the
   (Date)
   Immigration Judge's custody redetermination decision. See 8 C.F.R. §1003.19(i)(2).

4. The stay shall lapse if ICE does not file a notice of appeal along with appropriate certification within ten business days of the issuance of the order of the Immigration Judge, or upon ICE's withdrawal of this notice, or as set forth in 8 C.F.R. §1003.6(c)(4) and (5).
   See 8 C.F.R. §1003.6(c)(1).

Tracy L. Jent
ICE Counsel

I, Tracy L. Jent , served the Notice of ICE Intent to Appeal Custody Redetermination on
        (Name)

Respondent's Counsel, Laura Lichter, via eCAS , on  9/19/2025 .
(Respondent or Respondent's Representative)                              (Date)

*[Signature: Tracy L. Jent]*
Signature

EOIR – 1 of 1

Form EOIR-43
Rev. Oct. 2006

**U.S. Department of Justice**
Executive Office for Immigration Review

**Notice of ICE Intent to Appeal Custody Redetermination**

Date: 9/19/2025

Alien Number: 246-493-452

Alien Name: Habiba Soliman

1. Immigration and Customs Enforcement (ICE) has:

    ☒ a. Held the respondent without bond.

    ☐ b. Set the respondent's bond at $ _____ .

2. The Immigration Judge on September 19, 2025
   (Date)

    ☐ a. Authorized the respondent's release.

    ☒ b. Redetermined the ICE bond to $ 15,000 (total for family unit) .

3. Filing this form on September 19, 2025 (Date) automatically stays the Immigration Judge's custody redetermination decision. See 8 C.F.R. §1003.19(i)(2).

4. The stay shall lapse if ICE does not file a notice of appeal along with appropriate certification within ten business days of the issuance of the order of the Immigration Judge, or upon ICE's withdrawal of this notice, or as set forth in 8 C.F.R. §1003.6(c)(4) and (5).
   See 8 C.F.R. §1003.6(c)(1).

Tracy L. Jent
ICE Counsel

---

I, Tracy L. Jent (Name), served the Notice of ICE Intent to Appeal Custody Redetermination on

Respondent's Counsel, Laura Lichter, via eCAS , on 9/19/2025 .
(Respondent or Respondent's Representative)                              (Date)

*[Signature: Tracy L. Jent]*
Signature

EOIR – 1 of 1

Form EOIR-43
Rev. Oct. 2006

| U.S. Department of Justice | Notice of ICE Intent to Appeal Custody |
| Executive Office for Immigration Review | Redetermination |

Date: 9/19/2025

Alien Number: 246-493-454

Alien Name: ▉▉▉▉▉▉▉▉▉▉▉▉▉

1. Immigration and Customs Enforcement (ICE) has:

   ☒ a. Held the respondent without bond.

   ☐ b. Set the respondent's bond at $ _____.

2. The Immigration Judge on September 19, 2025
   (Date)

   ☐ a. Authorized the respondent's release.

   ☒ b. Redetermined the ICE bond to $ 15,000 (total for family unit).

3. Filing this form on September 19, 2025 automatically stays the
   (Date)
   Immigration Judge's custody redetermination decision. See 8 C.F.R. §1003.19(i)(2).

4. The stay shall lapse if ICE does not file a notice of appeal along with appropriate certification within ten business days of the issuance of the order of the Immigration Judge, or upon ICE's withdrawal of this notice, or as set forth in 8 C.F.R. §1003.6(c)(4) and (5).
   See 8 C.F.R. §1003.6(c)(1).

Tracy L. Jent
ICE Counsel

---

I, Tracy L. Jent , served the Notice of ICE Intent to Appeal Custody Redetermination on
  (Name)

Respondent's Counsel, Laura Lichter, via eCAS , on 9/19/2025 .
  (Respondent or Respondent's Representative)        (Date)

*Tracy L. Jent* (signature)
Signature

EOIR – 1 of 1

Form EOIR-43
Rev. Oct. 2006

**U.S. Department of Justice**
Executive Office for Immigration Review

**Notice of ICE Intent to Appeal Custody Redetermination**

---

Date: 9/19/2025

Alien Number: 246-493-453

Alien Name: ███████████

1. Immigration and Customs Enforcement (ICE) has:

   ☒ a. Held the respondent without bond.

   ☐ b. Set the respondent's bond at $ _____ .

2. The Immigration Judge on September 19, 2025
   (Date)

   ☐ a. Authorized the respondent's release.

   ☒ b. Redetermined the ICE bond to $ 15,000 (total for family unit) .

3. Filing this form on September 19, 2025 automatically stays the
   (Date)

   Immigration Judge's custody redetermination decision. See 8 C.F.R. §1003.19(i)(2).

4. The stay shall lapse if ICE does not file a notice of appeal along with appropriate certification within ten business days of the issuance of the order of the Immigration Judge, or upon ICE's withdrawal of this notice, or as set forth in 8 C.F.R. §1003.6(c)(4) and (5).
   See 8 C.F.R. §1003.6(c)(1).

Tracy L. Jent
ICE Counsel

---

I, Tracy L. Jent , served the Notice of ICE Intent to Appeal Custody Redetermination on
   (Name)

Respondent's Counsel, Laura Lichter, via eCAS , on 9/19/2025 .
   (Respondent or Respondent's Representative)         (Date)

*[signature: Tracy L. Jent]*
Signature

EOIR – 1 of 1

Form EOIR-43
Rev. Oct. 2006