IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HAYAM GAMAL; HABIBA SOLIMAN; E.S.; A.S.; H.S.; and O.S., | § § § | |
| Petitioners-Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. SA-25-CV-1261-FB |
| | § | |
| KRISTI NOEM, in Her Official Capacity as Secretary of the Department of Homeland Security; PAMELA BONDI, in Her Official Capacity as U.S. Attorney General; TODD LYONS, in His Official Capacity as Acting Director of Immigration and Customs Enforcement; SYLVESTER ORTEGA, in His Official Capacity as Acting Director of ICE San Antonio Field Office; and JOSE RODRIGUEZ, Jr., in His Official Capacity as Administrator of Dilley Immigration Processing Center, | § § § § § § § § § § § § § | |
| Respondents-Defendants. | § | |

## ORDER GRANTING MOTION FOR LEAVE TO SUBSTITUTE DOCUMENT

Before the Court is the Motion for Leave to Substitute Document filed on October 9, 2025 (docket #7). Petitioners-Plaintiffs seek leave to substitute ECF No. 1-2, Pet. Exh. B, with the corrected document attached to the motion as Exhibit B because the originally filed document did not redact the minor Petitioners-Plaintiffs' A-numbers. The Court finds the motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Motion for Leave to Substitute Document (docket #7) is GRANTED such that the Clerk is directed to substitute the original Exhibit B filing (docket #1-2, Pet. Exh. B) with the document attached as Exhibit B to the motion, which corrects the error, presents the intended content, and ensures the minor Petitioners-Plaintiffs' names remain private.

It is so ORDERED.

SIGNED this 10th day of October, 2025.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE