IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HAYAM EL GAMAL, HABIBA SOLIMAN, E.S., A.S., H.S., O.S., <br><br> *Plaintiffs,* <br><br> vs. <br><br> KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, IN HER OFFICIAL CAPACITY AS U.S. ATTORNEY GENERAL; TODD LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; SYLVESTER ORTEGA, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF ICE SAN ANTONIO FIELD OFFICE; AND JOSE RODRIGUEZ JR., IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF DILLEY IMMIGRATION PROCESSING CENTER; <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § | SA-25-CV-01261-FB |

**SHOW CAUSE ORDER**

Before the Court in the above-styled cause of action is Petitioners' Verified Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief [#1]. By their petition, Petitioners bring claims challenging the constitutionality of 8 C.F.R. § 1003.19(i)(2) and Petitioners' ongoing detention and seek various forms of declaratory and injunctive relief. On November 28, 2025, the parties filed a Joint Motion to Set Briefing Schedule, stipulating that Respondents would file an answer to the Petition by December 4, 2025, and that Petitioners

would file a reply by December 11, 2025 [#17].  The undersigned granted the joint motion on December 2, 2025.

In light of significant developments in Petitioners' immigration proceedings, the parties submitted a Joint Motion to Extend Briefing Deadlines on December 5, 2026, proposing a new response deadline of January 3, 2026, and new reply deadline of January 10, 2026 [#21].  The undersigned granted the motion to extend deadlines on December 5, 2025.

The parties then filed a second Joint Motion to Extend Briefing deadlines on January 2, 2026, in light of a custody redetermination hearing that was scheduled for January 6, 2026 [#28].  The undersigned granted the second joint motion to extend deadlines, resetting the response deadline to January 9, 2026, and the reply deadline to January 16, 2026.

In accordance with the Court's November 18, 2025, order for weekly joint status reports [#15], the parties submitted a Joint Status Report on January 9, 2026 [#29].  In the status report, Respondents did not explain why they failed to file a response to the Petition by the January 9 deadline, nor have they filed a motion to extend time.  Accordingly, the Court will order that Respondents show cause for their failure to comply with the January 9 deadline set forth in the Court's prior order, and that Respondents file a response to the Petition by January 16, 2026. The Court warns Respondents that the Court may construe the Petition as unopposed . *See* W.D. Tex. Loc. R. CV-7(d).

**IT IS THEREFORE ORDERED** that, on or before **January 22, 2026**, Respondent must **SHOW CAUSE** as to why Petitioners' petition should not be construed as unopposed and granted on the merits.  Respondents' response to this Order must address both the merits of Petitioner's Petition and provide good cause for the delayed response.

If Respondents fail to respond as set forth above, the Court will construe the Petition as unopposed and may grant the relief requested.

**IT IS SO ORDERED.**

SIGNED this 15th day of January, 2026.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE