IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HAYAM EL GAMAL, HABIBA SOLIMAN, E.S., A.S., H.S., O.S., | § § § § | |
| *Plaintiffs,* | § § | SA-25-CV-01261-FB |
| vs. | § § § | |
| KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, IN HER OFFICIAL CAPACITY AS U.S. ATTORNEY GENERAL; TODD LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; SYLVESTER ORTEGA, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF ICE SAN ANTONIO FIELD OFFICE; AND JOSE RODRIGUEZ JR., IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF DILLEY IMMIGRATION PROCESSING CENTER; | § § § § § § § § § § § § § § § § § § § | |
| *Defendants.* | § | |

## **ORDER**

Before the Court is the above-styled cause of action, which was referred to the undersigned for disposition. On this day, the Court held a status conference with counsel for the parties to address whether Petitioners' live habeas petition has been rendered moot by changed factual circumstances in the underlying bond and removal proceedings and whether Petitioners should be permitted to file an amended habeas petition refining their existing claims and adding new claims. Consistent with the Court's representations at the conference,

**IT IS HEREBY ORDERED** that Petitioners file an amended habeas petition on or before **February 20, 2026**.

**IT IS FURTHER ORDERED** that Respondents must file a response no more than **14 days** after Petitioners file their amended petition.

**IT IS FINALLY ORDERED** that Petitioners may file a reply no more than **14 days** after Respondents file their response.

SIGNED this 6th day of February, 2026.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

2