IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HAYAM EL GAMAL; HABIBA SOLIMAN; E.S.; A.S.; H.S.; and O.S., | § § § | |
| Petitioners-Plaintiffs, | § § § | |
| VS. | § | CIVIL ACTION NO. SA-25-CV-1261-FB |
| | § | |
| KRISTI NOEM, in Her Official Capacity as Secretary of the Department of Homeland Security; PAMELA BONDI, in Her Official Capacity as U.S. Attorney General; TODD LYONS, in His Official Capacity as Acting Director of Immigration and Customs Enforcement; SYLVESTER ORTEGA, in His Official Capacity as Acting Director of ICE San Antonio Field Office; and JOSE RODRIGUEZ, Jr., in His Official Capacity as Administrator of Dilley Immigration Processing Center, | § § § § § § § § § § § § | |
| Respondents-Defendants. | § | |

## ORDER SETTING HEARING FOR THURSDAY, APRIL 23, 2026

Before the Court is the Report and Recommendation of United States Magistrate Judge filed in this case on April 20, 2026 (ECF No. 59), recommending to this Court that "the Amended Petition for Writ of Habeas Corpus filed by Petitioner Hayam El Gamal and her five children [#43] be **GRANTED** and that Respondents be ordered to **RELEASE** Petitioners from their custody under conditions sufficient to ensure their participation at future removal proceedings." Report & Recommendation, ECF No. 59 at page 32 (emphasis in original).

Accordingly, IT IS HEREBY ORDERED that a hearing in this case is set for **Thursday, April 23, 2026, at 10:30 a.m.** in Courtroom G of the United States Courthouse, 262 W. Nueva St., San Antonio, Texas, 78207, to discuss the Report and Recommendation and to hear arguments, including

objections, from both parties in support of their position as to whether the recommendation should be accepted or rejected by this Court.

It is so ORDERED.

SIGNED this 20th day of April, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE