IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HAYAM EL GAMAL; HABIBA SOLIMAN; E.S.; A.S.; H.S.; and O.S., | § § § § § | |
| *Petitioners-Plaintiffs*, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-25-CV-1261-FB |
| MARKWAYNE MULLIN, in His Official Capacity as Secretary of the Department of Homeland Security; TODD BLANCHE, in His Official Capacity as Acting U.S. Attorney General; TODD LYONS, in His Official Capacity as Acting Director of Immigration and Customs Enforcement; SYLVESTER ORTEGA, in His Official Capacity as Acting Director of ICE San Antonio Field Office; and JOSE RODRIGUEZ, Jr., in His Official Capacity as Administrator of Dilley Immigration Processing Center, | § § § § § § § § § § § § § § | |
| *Respondents-Defendants*. | § | |

**J U D G M E N T**

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge filed in this cause on this same date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge filed on April 20, 2026 (ECF No.59) is ACCEPTED such that Petitioners' First Amended Verified Petition for Habeas Corpus (ECF No. 42) is GRANTED such that Respondents are ORDERED to RELEASE Petitioners from their custody as set forth in the Court's Order.

IT IS FURTHER ORDERED that motions pending, if any, are DISMISSED AS MOOT, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 23rd day of April, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE