IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HAYAM EL GAMAL; HABIBA SOLIMAN; E.S.; A.S.; H.S.; and O.S., | § § § | |
| *Petitioners-Plaintiffs*, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-25-CV-1261-FB |
| KRISTI NOEM, in Her Official Capacity as Secretary of the Department of Homeland Security; PAMELA BONDI, in Her Official Capacity as U.S. Attorney General; TODD LYONS, in His Official Capacity as Acting Director of Immigration and Customs Enforcement; SYLVESTER ORTEGA, in His Official Capacity as Acting Director of ICE San Antonio Field Office; and JOSE RODRIGUEZ, Jr., in His Official Capacity as Administrator of Dilley Immigration Processing Center, | § § § § § § § § § § § § § | |
| *Respondents-Defendants*. | § | |

## ORDER GRANTING EMERGENCY MOTION TO DISSOLVE STAY

Before the Court is the Emergency Motion Dissolve Stay or to Stay Relief Pending Appeal filed on April 29, 2026 (ECF No. 73), and Petitioners' Opposition to Respondents' Emergency Motion to Dissolve Stay or to Stay Relief Pending Appeal filed on April 30, 2026 (ECF No. 74).

As the parties are aware, on April 23, 2026, this Court granted the Petitioners' Petition for Writ of Habeas Corpus and ordered their immediate release (ECF Nos. 68 and 69). The Government complied with the Court's order and released the Petitioners. (ECF No. 70). Thereafter, the Petitioners returned to Colorado.

The Court has been informed that Petitioners filed a Verified Petition for Writ of Habeas Corpus and an Emergency *Ex Parte* Motion for Temporary Restraining Order on April 25, 2026, in the United States District Court for the District of Colorado. (Case No. 1:26-cv-1763-NYW at ECF Numbers 1 and 2). In reviewing that case, the Court finds that on April 25, 2026, United States District Judge Nina Y. Wang entered a show cause order requiring Petitioners to serve the Respondents, and set the

deadline for Respondents to respond to the Petition and show cause why the Petition should not be granted. Case No. 1:26-cv-1763-NYW at ECF No. 7. Included in the Order is the following order of stay:

> Pursuant to the All Writs Act, and in order to preserve the Court's jurisdiction, Respondents SHALL NOT REMOVE Petitioners from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order. *See Vizguerra-Ramirez v. Choate*, No. 25-cv-00881-NYW, ECF No. 11 at 4–5 (D. Colo. Mar. 21, 2025) (collecting cases); *Vazquez v. Baltazar*, No. 25-cv 03049-GPG-TPO, ECF No. 11 (D. Colo. Oct. 2, 2025); *Dean Foods Co.*, 384 U.S. at 603; *Local 1814, Int'l Longshoremen's Ass'n v. N.Y. Shipping Ass'n*, 965 F.2d 1224, 1237 (2d Cir. 1992).

*Id.* at page 3.

Based upon a careful review of the Emergency Motion, Petitioners' Response, and the status of this case, including the pending habeas petition in the United States Court in the District of Colorado and the pending appeals before the United States Court of Appeals for the Fifth Circuit, the Court finds that the Emergency Motion will be granted to the extent any stay issued by this Court remains in effect at this time.

Accordingly, IT IS HEREBY ORDERED that the Emergency Motion Dissolve Stay or to Stay Relief Pending Appeal filed on April 29, 2026 (ECF No. 73), is GRANTED such that to the extent any stay issued by this Court remains in effect, it is hereby LIFTED and DISSOLVED.

It is so ORDERED.

SIGNED this 1st day of May, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE